IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J.S. HELD LLC,<br><br>   Plaintiff,<br><br> v.<br><br>TRACEY DODD,<br><br>   Defendant. | Case No. 21-CV-00537-RGA |

**PLAINTIFF J.S. HELD LLC'S RULE 7.1.1 STATEMENT**

Plaintiff J.S. Held LLC certifies that it has made a reasonable effort to resolve the issue presented in the Motion for Expedited Discovery (D.I. 8) ("Motion"). Delaware counsel for Plaintiff and Defendant met and conferred to discuss Plaintiff's Motion, and counsel for Defendant indicated that Defendant did not consent to the relief sought in the Motion. As such, the parties could not reach resolution.

Dated: May 26, 2021            MORGAN, LEWIS & BOCKIUS LLP

                   */s/ Jody C. Barillare*
                   Jody C. Barillare (#5107)
                   1201 North Market Street - Suite 2201
                   Wilmington, DE 19801
                   (302) 574-3000
                   jody.barillare@morganlewis.com

                   *Attorneys for Plaintiff*